UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JAMEY HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 09-416-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **MEMORANDUM ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On this date, the Defendant has moved the Court to remand this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). [Record No. 12] The Commissioner indicates in his motion that remand is appropriate to allow the ALJ to reevaluate the Plaintiff's residual functional capacity for sedentary work in light of the functional limitations identified by Dr. Fritzhand and the state agency physician, especially with respect to the finding that the Plaintiff need to alternate sitting and standing. According to the Commissioner, the ALJ should discuss the weight he accorded to the functional limitations identified by Dr. Fritzhand. And if the ALJ does not adopt Dr. Fritzhand's findings, he should articulate reasons for rejecting them. The Commissioner further notes that the ALJ will obtain additional evidence and the Plaintiff will be given the opportunity to submit additional evidence following remand. This will include updated medical reports and functional assessments.

In light of the Commissioner's concessions that reversal and remand is appropriate, it is hereby

**ORDERED** as follows:

1. The Commissioner's motion for entry of judgment and remand [Record No. 12] is **GRANTED**.

2. The Plaintiff's motion for summary judgment [Record No. 9] is **GRANTED**, to the extent that it seeks remand for further administrative proceedings.

2. A separate Judgment will be entered this date, reversing the administrative decision of the Commissioner and remanding this matter for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

This 7th day of July, 2010.

Signed By:
*Danny C. Reeves* DCR
United States District Judge